**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| **AURELIO AND JUANA REYNA,** | § § § | |
| *Plaintiffs*, | § § | |
| VS. | § § | Civil Action No.  15-cv-00290 |
| **STATE FARM LLOYDS,** | § § | |
| *Defendants*. | § § § | |

# EXHIBIT 1

Page **1** of **1**



713.337.4100        1010 LAMAR, SUITE 200        713.337.4101
TELEPHONE          HOUSTON, TEXAS 77002         FACSIMILE

JOSH DAVIS
josh@thejdfirm.com
*Board Certified in Personal Injury Trial Law*
*By the Texas Board of Legal Specialization*

March 26, 2015

<u>*Via Facsimile (844) 236-3646*</u>
Sylvia Garza
State Farm Lloyds
P.O. Box 106169
Atlanta, GA 30348-6169

|       |                |                           |
|-------|----------------|---------------------------|
| Re:   | Our Clients:   | Reyna, Aurelio & Juana    |
|       | Claim No.:     | 53-37M4-348               |
|       | Policy No.:    | 83-LY-9418-5              |
|       | Date of Loss:  | June 7, 2013              |

Dear Ms. Garza:

    Please accept this letter and the attached damage model and estimate as my clients' final demand regarding the above referenced claim. Please find enclosed:

1. Aurelio and Juana Reyna's Damage Model; and,

2. RJ Molina Estimating Estimate.

    State Farm's failure to abide by the terms of the referenced policy (the "Policy") led to a relatively small roof replacement claim growing into a large claim—as happens when insurance companies refuse to insure a covered loss in Texas. As you know, the TEXAS INSURANCE CODE provides significant statutory penalties when an insurance company fails to pay a claim. The attached damage model highlights those penalties. Based on State Farm's failures—and my clients' resulting damages that include attorneys' fees and expert fees—my clients demand **$40,559.66** to resolve their claims. This figure accounts for my clients' deductible of $1,057.00. Because my clients are

JOSH DAVIS LAW FIRM

Sylvia Garza
March 26, 2015
Page 2

alleging breach of contract, I am not withholding depreciation in the damage model. These claims—in which State Farm has violated the TEXAS INSURANCE CODE and the clear terms of the Policy—require full resolution.

State Farm found $5,074.02 worth of damage attributable to the June 7, 2013 hailstorm. This finding is shown to be completely inaccurate based on RJ Molina Estimating's inspection and the attached photographs. In particular, State Farm found that the roof's damage could be repaired for $2,881.77. However RJ Molina Estimating's inspection of the same roof shows $13,218.59 worth of damage. The pricing discrepancies between the two estimates are clear when comparing the claimed cost of materials to repair the roof's shingles. Specifically, State Farm claims the cost to purchase the roof's shingles is a mere $1,512.13. Yet, an in-depth inspection and estimate done by RJ Molina Estimating values this same cost at $6,498.37. The difference in the shingle price is just one of the many discrepancies found in the two conflicting estimates. Overall State Farm has severely underestimated both the damage and cost to repair the property.

Based on State Farm's violations of the INSURANCE CODE thus far, along with a very credible estimate from RJ Molina Estimating, I fully expect a jury to pay fair value for this claim. My clients were required to retain multiple experts and an attorney to fight for the policy proceeds State Farm is required to pay under the Policy. My clients demand **$40,559.66** to resolve their claims, payable to Aurelio and Juana Reyna & Joshua P. Davis, P.C., d/b/a Josh Davis Law Firm by **April 30, 2015**. If we have not received payment by that date this settlement demand is withdrawn and we will file suit.

If you have any comments or concerns, please do not hesitate to contact me at (713) 337-4100.

With best wishes,

/s/ J. P. Davis

Joshua P. Davis

JPD:kr
Enclosures

```
                                                                            P. 1
         *  *  *  Communication Result Report ( Mar. 26. 2015  4:07PM ) *  *  *
                                                                          1)
                                                                          2)
Date/Time: Mar. 26. 2015  3:44PM

File                                                                      Page
No.  Mode         Destination                    Pg(s)      Result        Not Sent
--------------------------------------------------------------------------------
2333 Memory TX    18442363646                    P. 42      OK




Reason for error
    E. 1) Hang up or line fail              E. 2) Busy
    E. 3) No answer                         E. 4) No facsimile connection
    E. 5) Exceeded max. E-mail size         E. 6) Destination does not support IP-Fax
```

# j|d
## LAW

| 713.337.4100 | 1010 LAMAR, SUITE 200 | 713.337.4101 |
| TELEPHONE | HOUSTON, TEXAS 77002 | FACSIMILE |

### FACSIMILE TRANSMITTAL SHEET

**TO:** Sylvia Garza  **FAX NO.:** (844) 236-3646
State Farm Lloyds

**FROM:** Joshua P. Davis  **PAGES (including cover sheet):** 42

**DATE:** March 26, 2015

**RE:** Our Clients: Reyna, Aurelio & Juana
Claim No.: 53-37M4-348
Policy No.: 83-LY-9418-5
Location: 2765 East 2nd Street, Roma, Texas 78584

**COMMENTS:**

Please see attached.

CONFIDENTIALITY NOTICE

This facsimile transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for return of the documents.

## Reyna Damage Model

| | |
|---|---|
| RJ Molina Estimating Estimate | $23,346.35 |
| State Farm Deductible | $1,057.00 |
| State Farm Payment to Reyna | $1,824.77 |
| Total Policy Claims | $20,464.58 |
| | |
| 18% Penalty | $141.29 |
| | |
| Mental Anguish | $5,000.00 |
| | |
| Attorney's Fees | $10,702.35 |
| Taxable Court Costs | $1,150.00 |
| Pre-Judgment Interest | $3,101.44 |
| | |
| Total: | $40,559.66 |

## R J Molina Estimating

6816 Moccasin Dr.
Plano, TX 75023

| | |
|---|---|
| Insured: | Juana & Aurelia Reyna |
| Property: | 2765 E. Second St. |
| | Roma, TX 78584 |

| | | | |
|---|---|---|---|
| Estimator: | Robert | Business: | (786) 547-8486 |
| Company: | R J Molina Estimating | | |
| Business: | 6816 Moccasin Dr. | | |
| | Plano, TX 75023 | | |

**Claim Number:**            **Policy Number:**            **Type of Loss:** Hail

| | | | |
|---|---|---|---|
| Date Contacted: | 1/29/2015 | | |
| Date of Loss: | 5/28/2014 | Date Received: | 1/29/2015 |
| Date Inspected: | 2/2/2015 | Date Entered: | 2/2/2015 9:30 AM |

| | |
|---|---|
| Price List: | TXMC8XA_JAN15 |
| | Restoration/Service/Remodel |
| Estimate: | WWPA-REYNA_ |
| | JUANA&AUR |

## R J Molina Estimating

6816 Moccasin Dr.
Plano, TX 75023

**WWPA-REYNA_JUANA&AUR**

### Roof

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 1. Remove 3 tab - 25 yr. - composition shingle roofing - incl. felt | 20.15 SQ | 68.38 | 0.00 | 0.00 | 275.58 | 1,653.44 |
| 2. 3 tab - 25 yr. - composition shingle roofing - incl. felt | 23.33 SQ | 0.00 | 225.31 | 158.83 | 1,083.06 | 6,498.37 |
| 3. R&R Sheathing - plywood - 1/2" CDX | 128.00 SF | 0.48 | 2.22 | 8.45 | 70.82 | 424.87 |
| For soft areas on roof | | | | | | |
| 4. Asphalt starter - peel and stick | 180.00 LF | 0.00 | 2.04 | 9.06 | 75.26 | 451.52 |
| 5. R&R Ridge cap - composition shingles | 200.00 LF | 2.04 | 4.81 | 17.00 | 277.40 | 1,664.40 |
| 6. R&R Flashing - pipe jack | 3.00 EA | 6.02 | 34.22 | 1.77 | 24.52 | 147.01 |
| 7. R&R Continuous ridge vent - aluminum | 20.00 LF | 0.72 | 8.02 | 4.62 | 35.88 | 215.30 |
| 8. R&R Roof vent - turtle type - Metal | 1.00 EA | 7.68 | 54.48 | 1.29 | 12.70 | 76.15 |
| 9. Meter mast for overhead power - Detach & reset | 1.00 EA | 0.00 | 504.20 | 0.00 | 100.84 | 605.04 |
| 10. R&R Drip edge | 180.00 LF | 0.29 | 2.09 | 9.21 | 87.52 | 525.13 |
| 11. Paint drip edge | 180.00 EA | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12. Tarp - all-purpose poly - per sq ft (labor and material) | 1,440.00 SF | 0.00 | 0.54 | 20.20 | 159.56 | 957.36 |
| Totals: Roof | | | | 230.43 | 2,203.14 | 13,218.59 |

### General

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 13. Dumpster load - Approx. 30 yards, 5-7 tons of debris | 1.00 EA | 712.21 | 0.00 | 0.00 | 142.44 | 854.65 |
| 14. Residential Supervision / Project Management - per hour | 16.00 HR | 0.00 | 72.43 | 0.00 | 231.78 | 1,390.66 |
| 15. Roofer - per hour | 8.00 HR | 0.00 | 102.60 | 0.00 | 164.16 | 984.96 |
| 16. Taxes, insurance, permits & fees (Bid item) | 1.00 EA | | | | | 120.00 |
| Totals: General | | | | 0.00 | 538.38 | 3,230.27 |

### Exterior

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|

WWPA-REYNA_JUANA&AUR                                                                 2/10/2015                    Page: 2

**R J Molina Estimating**

6816 Moccasin Dr.
Plano, TX 75023

### CONTINUED - Exterior

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 17. R&R Trim board - 1" x 2" - installed (cedar) | 100.00 LF | 0.30 | 2.96 | 9.32 | 67.06 | 402.38 |
| 18. R&R Fascia - 1" x 4" - #3 cedar | 100.00 LF | 0.29 | 5.41 | 5.36 | 115.08 | 690.44 |
| 19. R&R Soffit - wood | 180.00 SF | 0.26 | 5.75 | 18.86 | 220.14 | 1,320.80 |
| 20. R&R Soffit vent | 12.00 EA | 8.54 | 46.88 | 3.54 | 133.72 | 802.30 |
| 21. Prime & paint exterior fascia - wood, 4"- 6" wide | 180.00 LF | 0.00 | 1.58 | 2.08 | 57.30 | 343.78 |
| 22. Prime & paint exterior soffit - wood | 360.00 SF | 0.00 | 2.14 | 10.10 | 156.10 | 936.60 |

| Totals: Exterior | | | | 49.26 | 749.40 | 4,496.30 |
|---|---|---|---|---|---|---|

### Main Level

**Bathroom**  Height: 8'

224.00 SF Walls                    45.00 SF Ceiling
269.00 SF Walls & Ceiling          45.00 SF Floor
5.00 SY Flooring                   28.00 LF Floor Perimeter
28.00 LF Ceil. Perimeter

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 23. Contents - move out then reset | 1.00 EA | 0.00 | 51.32 | 0.00 | 10.26 | 61.58 |
| 24. Light fixture - Detach & reset | 1.00 EA | 0.00 | 46.54 | 0.00 | 9.30 | 55.84 |
| 25. Heat/AC register - Mechanically attached - Detach & reset | 1.00 EA | 0.00 | 12.67 | 0.00 | 2.54 | 15.21 |
| 26. Mirror - plate glass - Detach & reset | 9.00 SF | 0.00 | 5.78 | 0.00 | 10.40 | 62.42 |
| 27. Vanity - Detach & reset | 3.00 LF | 0.00 | 43.49 | 0.00 | 26.10 | 156.57 |
| 28. R&R 5/8" drywall - hung, taped, floated, ready for paint | 45.00 SF | 0.36 | 2.10 | 1.74 | 22.48 | 134.92 |
| 29. R&R 1/2" drywall - hung, taped, floated, ready for paint | 64.00 SF | 0.36 | 1.97 | 2.11 | 30.24 | 181.47 |
| 30. Insulation - Labor Minimum | 1.00 EA | 0.00 | 118.88 | 0.00 | 23.78 | 142.66 |
| 31. R&R Blown-in insulation - 16" depth - R44 | 45.00 SF | 1.00 | 1.54 | 3.23 | 23.50 | 141.03 |
| 32. Water Extraction & Remediation - Labor Minimum | 1.00 EA | 0.00 | 135.16 | 0.00 | 27.04 | 162.20 |
| 33. Apply anti-microbial agent | 157.00 SF | 0.00 | 0.23 | 0.26 | 7.28 | 43.65 |
| 34. Scrape more than the ceiling & prep for paint | 157.00 SF | 0.00 | 0.58 | 0.13 | 18.24 | 109.43 |

## R J Molina Estimating

6816 Moccasin Dr.
Plano, TX 75023

### CONTINUED - Bathroom

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 35. Floor protection - self-adhesive plastic film | 45.00 SF | 0.00 | 1.42 | 0.48 | 12.88 | 77.26 |
| 36. Mask and prep for paint - plastic, paper, tape (per LF) | 28.00 LF | 0.00 | 1.42 | 0.51 | 8.06 | 48.33 |
| 37. Seal the walls and ceiling w/latex based stain blocker - one coat | 269.00 SF | 0.00 | 0.60 | 1.55 | 32.60 | 195.55 |
| 38. Texture drywall - light hand texture | 157.00 SF | 0.00 | 0.50 | 0.52 | 15.80 | 94.82 |
| 39. Paint the walls - two coats | 224.00 SF | 0.00 | 0.92 | 3.33 | 41.88 | 251.29 |
| 40. Paint baseboard - two coats | 28.00 LF | 0.00 | 1.34 | 0.25 | 7.56 | 45.33 |
| 41. Final cleaning - construction - Residential | 45.00 SF | 0.00 | 0.24 | 0.00 | 2.16 | 12.96 |
| Totals: Bathroom | | | | 14.11 | 332.10 | 1,992.52 |
| Total: Main Level | | | | **14.11** | **332.10** | **1,992.52** |

### Labor Minimums Applied

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 42. General labor - labor minimum | 1.00 EA | 0.00 | 3.59 | 0.00 | 0.72 | 4.31 |
| 43. Heat, vent, & air cond. labor minimum | 1.00 EA | 0.00 | 151.21 | 0.00 | 30.24 | 181.45 |
| 44. Drywall labor minimum | 1.00 EA | 0.00 | 43.22 | 0.00 | 8.64 | 51.86 |
| 45. Mirror/shower door labor minimum | 1.00 EA | 0.00 | 66.01 | 0.00 | 13.20 | 79.21 |
| 46. Cabinetry labor minimum | 1.00 EA | 0.00 | 17.11 | 0.00 | 3.42 | 20.53 |
| 47. Cleaning labor minimum | 1.00 EA | 0.00 | 59.43 | 0.00 | 11.88 | 71.31 |
| Totals: Labor Minimums Applied | | | | 0.00 | 68.10 | 408.67 |
| **Line Item Totals: WWPA-REYNA_JUANA&AUR** | | | | **293.80** | **3,891.12** | **23,346.35** |

**R J Molina Estimating**

6816 Moccasin Dr.
Plano, TX 75023

## Grand Total Areas:

| | | |
|---|---|---|
| 224.00 SF Walls | 45.00 SF Ceiling | 269.00 SF Walls and Ceiling |
| 45.00 SF Floor | 5.00 SY Flooring | 28.00 LF Floor Perimeter |
| 0.00 SF Long Wall | 0.00 SF Short Wall | 28.00 LF Ceil. Perimeter |
| 45.00 Floor Area | 54.78 Total Area | 224.00 Interior Wall Area |
| 276.00 Exterior Wall Area | 30.67 Exterior Perimeter of Walls | |
| 0.00 Surface Area | 0.00 Number of Squares | 0.00 Total Perimeter Length |
| 0.00 Total Ridge Length | 0.00 Total Hip Length | |

**R J Molina Estimating**

6816 Moccasin Dr.
Plano, TX 75023

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 19,161.43 |
| Material Sales Tax | 293.80 |
| Subtotal | 19,455.23 |
| Overhead | 1,945.56 |
| Profit | 1,945.56 |
| **Replacement Cost Value** | **$23,346.35** |
| **Net Claim** | **$23,346.35** |

_____
Robert

**R J Molina Estimating**

6816 Moccasin Dr.
Plano, TX 75023

## Recap by Room

| | | |
|---|---:|---:|
| **Estimate: WWPA-REYNA_JUANA&AUR** | | |
|     Roof | 10,785.02 | 56.29% |
|     General | 2,691.89 | 14.05% |
|     Exterior | 3,697.64 | 19.30% |
| **Area: Main Level** | | |
|     Bathroom | 1,646.31 | 8.59% |
|     Area Subtotal: Main Level | 1,646.31 | 8.59% |
|     Labor Minimums Applied | 340.57 | 1.78% |
| **Subtotal of Areas** | 19,161.43 | 100.00% |
| **Total** | 19,161.43 | 100.00% |

**R J Molina Estimating**

6816 Moccasin Dr.
Plano, TX 75023

## Recap by Category

| O&P Items | Total | % |
|---|---:|---:|
| CABINETRY | 147.58 | 0.63% |
| CLEANING | 70.23 | 0.30% |
| CONTENT MANIPULATION | 51.32 | 0.22% |
| GENERAL DEMOLITION | 2,944.37 | 12.61% |
| DRYWALL | 342.30 | 1.47% |
| ELECTRICAL | 504.20 | 2.16% |
| FINISH CARPENTRY / TRIMWORK | 296.00 | 1.27% |
| HEAT, VENT & AIR CONDITIONING | 163.88 | 0.70% |
| INSULATION | 188.18 | 0.81% |
| LABOR ONLY | 1,162.47 | 4.98% |
| LIGHT FIXTURES | 46.54 | 0.20% |
| MIRRORS & SHOWER DOORS | 118.03 | 0.51% |
| PAINTING | 1,654.52 | 7.09% |
| ROOFING | 8,384.38 | 35.91% |
| SOFFIT, FASCIA, & GUTTER | 2,138.56 | 9.16% |
| TEMPORARY REPAIRS | 777.60 | 3.33% |
| WATER EXTRACTION & REMEDIATION | 171.27 | 0.73% |
| **O&P Items Subtotal** | 19,161.43 | 82.07% |
| Material Sales Tax | 293.80 | 1.26% |
| Overhead | 1,945.56 | 8.33% |
| Profit | 1,945.56 | 8.33% |
| **Total** | 23,346.35 | 100.00% |