IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **AURELIO AND JUANA REYNA,** | § § § | |
| *Plaintiff*, | § § | |
| VS. | § § | Civil Action No.   **15-cv-00290** |
| **STATE FARM LLOYDS,** | § § | |
| *Defendants*. | § § § | |

**EXHIBIT 2**

Page **1** of **1**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| AURELIO AND JUANA REYNA | § | |
| *Plaintiffs*, | § | |
| | § | |
| VS. | § | |
| | § | Civil Action No. ___15-cv-00290___ |
| STATE FARM LLOYDS, | § | |
| *Defendant* | § | |

### INDEX OF MATTERS BEING FILED
### AND LIST OF ALL COUNSEL OF RECORD

Defendant State Farm Lloyds ("Defendant") submits this *Index of Matters Being Filed and List of All Counsel of Record* pursuant to Local Rule 81 of the United States District Court for the Southern District of Texas.  Pursuant to the Local Rule 81, the following items are being filed with the *Notice of Removal* filed by Defendant:

1. *Index of Matters Being Filed and List of All Counsel of Record*;

2. Copies of all executed process, pleadings asserting causes of action and all orders signed by the state judge as follows:

    A. Plaintiffs' Original Petition;

    B. Citation by personal service; and

    C. Defendant's Original Answer.

3. A copy of the state court docket sheet.

4. The parties' respective attorneys are as follows:

    A.    ATTORNEY FOR PLAINTIFF:

        Joshua P. Davis
        TSBN 24055379
        **JOSH DAVIS LAW FIRM**
        1010 Lamar, Suite 200
        Houston, Texas 77002
        (713) 337-4100 – Phone
        (713) 337-4101 – Fax
        josh@thejdfirm.com

    B.    ATTORNEYS FOR DEFENDANTS:

        Dan K. Worthington
        TSBN 00785282 / SDOTBN 15353
        Sofia A. Ramon
        TSBN 00784811/SDOTBN 20871
        Charles W. Downing
        TSBN 24069631/SDOTBN 1048595
        **ATLAS, HALL & RODRIGUEZ, LLP**
        818 W. Pecan Blvd. (78501)
        P.O. Box 3275
        McAllen, Texas 78502
        Tel:    (956) 682-5501
        Fax:    (956) 686-6109

Dated: June 29, 2015.

DC-15-325

Starr County - District Clerk

Filed: 6/1/2015 3:03:56 PM
Eloy R. Garcia, District Clerk
Starr County, Texas

Ana Martinez

CAUSE NO. ~~2015-~~ DC-15-325

| | | |
|---|---|---|
| **AURELIO AND JUANA REYNA,** | § § § | IN THE DISTRICT COURT OF |
| Plaintiffs. | § § | |
| vs. | § § | STARR COUNTY, TEXAS |
| **STATE FARM LLOYDS,** | § § | 381ST  JUDICIAL DISTRICT |
| Defendant. | § § | |

## PLAINTIFFS' ORIGINAL PETITION AND REQUEST FOR DISCLOSURE

Plaintiffs, Aurelio and Juana Reyna, file this Original Petition and Request for Disclosure complaining of Defendant, State Farm Lloyds ("State Farm") and in support thereof show the Court and the jury the following:

### DISCOVERY CONTROL PLAN

1. Plaintiffs intend that discovery be conducted under Discovery Level 3 and request the Court issue a Scheduling Order.

### PARTIES

2. Plaintiffs are individuals residing in Starr County, Texas.

3. Defendant State Farm Lloyds is an insurance company licensed to do business in the State of Texas, and may be served with process by serving its agent for service, Corporation Service Company c/o State Farm Lloyds, 211 E. 7th St., Suite 620, Austin, Texas 78701.

A TRUE COPY I CERTIFY
ELOY RUBEN GARCIA

JUN 25 2015

DISTRICT CLERK, STARR COUNTY, TEXAS
            DEPUTY

[381st District Court, Starr County, Texas seal]

## JURISDICTION AND VENUE

4. This Court has jurisdiction over this controversy because the damages sought by Plaintiffs are within the jurisdictional limits of this Court. Plaintiffs' damages are less than $75,000.00.

5. The Court has jurisdiction over certain parties because they are companies doing business in Texas and/or individuals who reside in Texas.

6. Venue is proper in this county because the facts giving rise to this litigation occurred in Starr County. The laws of the state of Texas apply to the subject matter of this dispute.

## FACTUAL BACKGROUND

7. Plaintiffs have an insurance policy with State Farm that covers their home, policy number 83-LY-9418-5 (the "Policy"). Plaintiffs' residence is located at 2765 East 2nd Street, Roma, Texas 78584 (the "Property"). On June 7, 2013, Plaintiffs' home was damaged due to wind and hail. Plaintiffs submitted a claim related to this covered loss and Defendant found a small amount of damage and denied the remainder of the claim.

## CLAIMS

### *Negligent Misrepresentation*

8. Plaintiffs sue Defendant for negligent misrepresentations. Defendant, either individually or through its authorized agents, employees or representatives, solicited Plaintiffs and made several false representations regarding Defendant's readiness, willingness and ability to fulfill the terms and duties placed on it by terms of Plaintiffs' insurance agreement. These representations led Plaintiffs to rely upon Defendant and

2

were a material basis for their decision to enter into the respective policies. Absent the misrepresentations made by Defendant, or its authorized agents, employees or representatives, Plaintiffs would not have entered into the respective policies with Defendant. Defendant either knew, or should have known, that these representations were false and made for the purpose of deceiving Plaintiffs so that they would rely on said misrepresentations to Plaintiffs' detriment. As such, Defendant's misrepresentations have caused Plaintiffs to suffer damages for which they now seek compensation.

### *Breach of Good Faith and Fair Dealing*

9.   Defendant, as Plaintiffs' insurance company, at all times during the claims process owed a duty of good faith and fair dealing. Defendant's acts and omissions violated that duty and Plaintiffs were damaged as a result.

### *Breach of Contract*

10.   Defendant, through its various contractual relationships with Plaintiffs, breached its contract with Plaintiffs through its acts and omissions, and caused damages to Plaintiffs that are greater than the jurisdictional limits of this Court.

### *Money Had & Received/Unjust Enrichment*

11.   Defendant, by refusing to present Plaintiffs with their rightful insurance proceeds stemming from their claims, has caused Plaintiffs to suffer an unconscionable loss and Defendant is unjustly enriched as a result.

*Negligence*

12. At all times Defendant owed the duty of reasonable care to Plaintiffs. Defendant, through its acts and omissions, has breached that duty of care and caused damages to Plaintiffs that are greater than the minimal jurisdictional limits of this Court.

***Texas Insurance Code §§ 541.060 and 541.152***

13. Defendant violated numerous provisions of the TEXAS INSURANCE CODE, Article §541.060 that include:

   a. misrepresenting to a claimant a material fact or policy provision relating to coverage at issue;

   b. failing to attempt in good faith to effectuate a prompt, fair, and equitable settlement of:

   i. a claim with respect to which the insurer's liability has become reasonably clear; or

   ii. a claim under one portion of a policy with respect to which the insurer's liability has become reasonably clear to influence the claimant to settle another claim under another portion of the coverage unless payment under one portion of the coverage constitutes evidence of liability under another portion;

   c. failing to promptly provide to a policyholder a reasonable explanation of the basis in the policy, in relation to the facts or

4

   applicable law, for the insurer's denial of a claim or offer of a compromise settlement of a claim;

 d. failing within a reasonable time to:

  i. affirm or deny coverage of a claim to a policyholder; or

  ii. submit a reservation of rights to a policyholder;

 e. refusing, failing, or unreasonably delaying a settlement offer under applicable first-party coverage on the basis that other coverage may be available or that third parties are responsible for the damages suffered, except as may be specifically provided in the policy; and,

 f. refusing to pay a claim without conducting a reasonable investigation with respect to the claim;

TEX. INS. CODE ANN. § 541.060 (Vernon).

14. Defendant's violations of this provision caused damages to Plaintiffs that are greater than the minimal jurisdictional limits of this Court. Plaintiffs are entitled to relief in accordance with Articles §541.152(a) of the TEXAS INSURANCE CODE.

15. Plaintiffs are also entitled to additional damages pursuant to Article §541.152(b) because Defendant violated that statute knowingly.

## DAMAGES

16. As a direct and proximate result of the acts, omissions, breaches and violations more fully described above, Plaintiffs have been damaged by Defendant's acts and/or omissions and those damages are within the jurisdictional limits of this Court.

17. Ultimately, Plaintiffs will ask a jury of their peers to assess a fair and reasonable amount of money damages as compensation for their economic and non-economic injuries, as well as punishment for Defendant's actions. These damages will include statutory penalty interest and consequential damages. Additionally, Plaintiffs seek pre- and post-judgment interest, costs of court, and reasonable and necessary attorney's fees.

## EXEMPLARY DAMAGES

18. Defendant's actions as described above were intentional and made with knowing disregard for Plaintiffs' rights and/or with malice towards Plaintiffs. Plaintiffs pray for punitive damages in addition to compensatory damages.

## ATTORNEYS' FEES

19. Plaintiffs have been required to obtain legal counsel as a result of Defendant's intentional acts and omissions. As a result, Plaintiffs have and will incur attorney's fees and expenses prosecuting their claims. Plaintiffs are therefore entitled to recover their reasonable and necessary attorney's fees under both the TEXAS INSURANCE CODE and TEX. CIV. PRAC. & REM. CODE. ANN. § 38.001 *et seq.*

## CONDITIONS PRECEDENT

20. All necessary conditions precedent to the filing of this suit have been, or will be, met as required by law.

## JURY DEMAND

21. Plaintiffs demand a trial by jury and include the appropriate fee herein.

6

## REQUEST FOR DISCLOSURE

22. Plaintiffs request that Defendant disclose within 50 days of the receipt of this suit the information listed in TEXAS RULE OF CIVIL PROCEDURE 194.2 (a) – (l).

## CONCLUSION

Plaintiffs Aurelio and Juana Reyna request that Defendant, State Farm Lloyds, be cited to appear and answer herein, and that upon a final hearing of this cause, judgment be entered for Plaintiffs against Defendant for the following:

a. Actual and consequential damages;

b. Punitive and additional damages;

c. Statutory interest of 18%;

d. Attorney's fees and expenses;

e. Pre- and post-judgment interest at the maximum legal rate;

f. Costs of suit; and,

g. All other and further relief, at law or in equity, to which Plaintiffs may show themselves justly entitled.

Respectfully submitted,

**JOSH DAVIS LAW FIRM**

By: /s/ J. P. Davis
Joshua P. Davis
State Bar No. 24055379
1010 Lamar, Suite 200
Houston, Texas 77002
(713) 337-4100/Phone
(713) 337-4101/Fax
josh@thejdfirm.com

*Attorney for Plaintiffs*

| | |
|---|---|
| CLERK OF THE COURT<br>ELOY R. GARCIA<br>STARR COUNTY COURTHOUSE<br>RIO GRANDE CITY, TEXAS 78582 | ATTORNEY FOR PLAINTIFF<br>J. P. DAVIS<br>1010 LAMAR, SUITE 200<br>HOUSTON, TEXAS 77002 |

## CITATION

**THE STATE OF TEXAS**

NOTICE TO THE DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation By 10:00 o'clock a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO: STATE FARM LLOYDS
MAY BE SERVED WITH PROCESS
BY SERVING ITS AGENT FOR SERVICE
CORPORATION SERVICE COMPANY
C/O STATE FARM LLOYDS
211 E. 7TH ST. SUITE 620
AUSTIN, TEXAS 78701

**DEFENDANT**, in the hereafter and styled and numbered cause: **DC-15-325.** You are hereby commanded to appear by filing a written answer to the Plaintiff's **ORIGINAL PETITION AND REQUEST FOR DISCLOSURE,** at or before 10:00 o'clock a.m. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable **381ST DISTRICT COURT JUDGE JOSE LUIS GARZA** of STARR COUNTY, TEXAS at the Courthouse of said County in RIO GRANDE CITY, TEXAS. Said Petition was filed on the **1ST Day of JUNE A.D, 2015,** in this cause numbered **DC-15-325** the docket of said court, and styled,

**AURELIO AND JUANA REYNA, PLAINTIFFS
VS.
STATE FARM LLOYDS, DEFENDANT**

The nature of Plaintiff's demand is fully shown by a true and correct copy Plaintiff's **ORIGINAL PETITION AND REQUEST FOR DISCLOSURE,** accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at office, this **4TH Day** of **JUNE, 2015**

ELOY R. GARCIA
DISTRICT CLERK
OF STARR COUNTY, TEXAS

BY: *Ana Martinez*
DEPUTY CLERK

## NOTICE

You have been sued. You may employ an attorney. If you or your Attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

## OFFICER'S RETURN

Came to hand on the _____ day of _____, _____ at _____ o'clock _____.M. Executed at _____, within the County of _____, at _____ o'clock _____.M. on the _____ day of _____, _____, by delivering to the within named _____ a true copy of this citation together with the accompanying copy of this petition, having first attached such copy of such petition to such copy of citation and endorsed on such copy of citation the date of delivery

Not executed, the diligence used to execute being _____ ; for the following reason _____, the defendant may be found _____

Total fee for serving this citation _____        Sheriff Account No. _____

To certify which witness my hand officially,

Sheriff of _____ County, Texas                By: _____ Deputy

### COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT

In accordance with Rule 107: The officer authorized person who serves, or attempts to serve, a citation shall sign the return. The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:

"My name is _____, my date of birth is _____, and my address is _____.

I DECLARE UNDER PENALTY OF PREJURY THAT THE FORGOING IS TRUE AND CORRECT.

Executed in _____ county, state of _____, on the _____ day of _____.

_____
Declarant/Authorized Process Server

_____
(ID # & expiration of certification)

File No. **DC-15-325**

CITATION FOR PERSONAL SERVICE IN STATE

**AURELIO AND JUANA REYNA, PLAINTIFFS
VS.
STATE FARM LLOYDS, DEFENDANT**

381ST DISTRICT COURT
OF STARR COUNTY, TEXAS

ISSUED ON: THIS **4TH DAY** OF **JUNE 2015**
ELOY R. GARCIA
CLERK DISTRICT COURT

BY: *Ana Martinez*
DEPUTY CLERK

FILED ON: This _____ day of _____, 2014
At _____ o'clock _____.M.
ELOY R. GARCIA
CLERK DISTRICT COURT

BY: _____
DEPUTY CLERK

A TRUE COPY I CERTIFY
ELOY RUBEN GARCIA

JUN 25 2015

DISTRICT CLERK, STARR COUNTY, TEXAS
(3) _____ DEPUTY

CAUSE NO. DC-15-325

| | | |
|---|---|---|
| AURELIO AND JUANA REYNA,  §     | IN THE DISTRICT COURT |
| Plaintiff, § | |
| § | |
| vs. § | 381st JUDICIAL DISTRICT |
| § | |
| § | |
| STATE FARM LLOYDS, § | |
| Defendant. § | STARR COUNTY, TEXAS |

**DEFENDANT'S ORIGINAL ANSWER TO PLAINTIFFS' ORIGINAL PETITION**

NOW COMES Defendant **STATE FARM LLOYDS ("State Farm")** and files this Defendant's Original Answer to Plaintiffs' Original Petition and would show the court as follows:

## I.
## GENERAL DENIAL

Reserving the right to file other further pleadings, exceptions and/or denials, Defendant generally denies each and every material allegation contained in Plaintiffs' Original Petition and demands strict proof thereof in accordance with the laws and the Rules of Civil Procedure of the State of Texas.

## II.
## REQUEST FOR DISCLOSURE

Under the authority of Texas Rule of Civil Procedure 194, Defendant **STATE FARM LLOYDS** requests that Plaintiffs disclose, within 30 days of the service of this request, the information or material described in Rule 194.2.

## III.
## PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant **STATE FARM LLOYDS** requests judgment of the Court that Plaintiffs take nothing by this suit, and that Defendant be

awarded costs and such other and further relief to which it may be justly entitled.

        Respectfully submitted,

        **ATLAS, HALL & RODRIGUEZ, LLP**
        P. O. Drawer 3725
        818 Pecan (78501)
        McAllen, Texas 78502
        (956) 682-5501 – Phone
        (956) 686-6109 – Fax

        By:  /s/Charles W Downing
            Sofia A. Ramon
            State Bar No. 00784811
            sramon@atlashall.com
            Dan K. Worthington
            State Bar No. 00785282
            dkw@atlashall.com
            Elizabeth Sandoval Cantu
            Texas State Bar No.  24013455
            ecantu@atlashall.com
            Charles W. Downing
            State Bar No. 24069631
            cdowning@atlashall.com

        **Attorneys for Defendant**

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 29th day of June, 2015, a true and correct copy of the foregoing document was sent via facsimile and/or certified mail, return receipt requested, to all counsel of record in this cause, to-wit:

    Josh P. Davis
    **JOSH DAVIS LAW FIRM**
    1010 Lamar, Ste. 200
    Houston, Texas 77002
    (713) 337-4100 – Phone
    (713) 337-4101 – Fax
    josh@thejdfirm.com

          /s/Charles W Downing
        Charles W. Downing

Home ▽ | Cases ▽ | Parties ▽ | Search ▽ | Reports ▽ | Letters ▽ | Maintenance ▽
Calendar ▽ | Support | New EFilings | Logout

## View All Events

**New Case**
**View/Edit Case**
**Defendant/Respondent**
**Plaintiff/Petitioner**
**Other Party**
**Other Primary Party**
**Attorney**
**Bond**
**Cash Bond**
**Court Registry**
**Child Support**
**Events**
**Court Setting**
**Fee/Fine**
**Installments**
**Payment**
**Bill of Cost**
**Preliminary Court Costs**
**Case Summary Report**
**Location History**

Cause Number:
**DC-15-325**

Court:
**381st District Court**

Civil Case Type(s)
1. All other Civil Matters

Style:
**AURELIO AND JUANA REYNA, PLAINTIFFS VS. STATE FARM LLOYDS, DEFENDANT**

File Location:

Case Id
35881

Filing Date:
06/02/2015

Action Date
06/02/2015

Disposition Date

Disposition Type

Enter another Event

Publish PDF document from multiple images.

View all [select all ▽]
Select

### All Events

| # | Type | Date | Description | Image | Pages |
|---|------|------|-------------|-------|-------|
| 1. | ORIGINAL PETITION | 06/01/2015 | PLAINTIFFS' Original Petition and REQUEST FOR DISCLOSURE - EFiled on 06/01/2015 3:03 PM. Submitted by: Dori Phillips (dori@thejdfirm.com); Comments: | 518234.tif | 7 |
| 2. | CITATION BY PERSONAL SVC | 06/04/2015 | CITATION BY PERSONAL SVC - STATE FARM LLOYDS (E-MAIL TO DORI@THEJDFIRM.COM ON 6-4-2015 BY BRENDALY GUERRERO) | 518566.tif | 2 |

A TRUE COPY I CERTIFY
ELOY RUBEN GARCIA

JUN 25 2015

User: angey12 - Angelica Reyes (deputy)

Starr County, District Clerk's Office
A2D1195F6FB9D14B44ED7F...18DB4A

DISTRICT CLERK STARR COUNTY, TEXAS
BY _____ DEPUTY

http://192.168.1.30:8080/cms-rms/case_detail_view_all.jsp?type=EVT   6/25/2015